Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13–40409–pjs**
Chapter: 7
Judge: Phillip J Shefferly

In Re: (NAME OF DEBTOR(S))
    Racqual L Holmes
    16333 Terrace Village Dr.
    Taylor, MI 48180
Social Security No.:
    xxx–xx–4699
Employer's Tax I.D. No.:

# NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1975, 211 West Fort Street Bldg., ACROSS THE STREET FROM FEDERAL BUILDING, Detroit, MI 48226** on **11/9/15** at **10:30 AM** to consider and act upon the following:

*56* – Motion FOR ORDER DEEMING ORDER RESOLVING ORDER HOLDING DEBTOR IN CONTEMPT TO BE A JUDGMENT Filed by Trustee Karen E. Evangelista (Glusac, Rodney)

Dated: 10/22/15

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: Kathleen Wiacek
Deputy Clerk